# EXHIBIT B

| VOLUME: NUMBER – TOPIC | CHAPTER: NUMBER – TOPIC | | | |
|---|---|---|---|---|
| **CG Inmate Management** | **CG 50**     **Grievance: Overview** | | | |
| PUBLISHED | PREVIOUS REVIEW | SUPERSEDES | SCHEDULED REVIEW | PAGES |
| **04/14/05** | **9-19** | **NA** | **3-21** | **6** |
| TO BE REVIEWED BY | APPROVED BY | | | |
| **JAIL LIEUTENANT** | **Sheriff D. Chad Jensen** | | | |

## TABLE OF CONTENTS

CG 50/01.00   **GENERAL PROVISIONS**
CG 50/01.01   Purpose of Chapter
CG 50/01.02   Distribution
CG 50/01.03   Definitions
CG 50/01.04   Utah Jail Standards References

CG 50/02.00   **FUNCTION OF GRIEVANCE SYSTEM**
CG 50/02.01   Policy
CG 50/02.02   Rationale
CG 50/02.03   Procedure: Forum to Address Inmate Concerns
CG 50/02.04   Procedure: Develop Management Information
CG 50/02.05   Procedure: Exhaustion of Administrative Remedies

CG 50/03.00   **ELEMENTS OF GRIEVANCE SYSTEM**
CG 50/03.01   Policy
CG 50/03.02   Rationale
CG 50/03.03   Procedure: Scope and Applicability
CG 50/03.04   Procedure: Accessibility
CG 50/03.05   Procedure: Administrative Discretion
CG 50/03.06   Procedure: Preventing Retaliation

**CG 50/01.00** **GENERAL PROVISIONS**
**CG 50/01.01** **PURPOSE OF CHAPTER**
It is the purpose of this chapter to provide an overview of the principles and authority upon which the inmate grievance system is based.

**CG 50/01.02** **DISTRIBUTION**
Standard distribution

**CG 50/01.03** **DEFINITIONS**

| | |
|---|---|
| **BPP** | Utah State Board of Pardons and Parole |
| **CCJ** | Cache County Jail |
| **retaliation** | any unauthorized or improper action or threat of action against an inmate based upon the inmate's appropriate use of, or participation in, the grievance process |
| **UDC** | Utah Department of Corrections |

**CG 50/01.04** **UTAH JAIL STANDARDS REFERENCES**
D 05.01.01   Written Policies and Procedures Required
D 05.01.02   Content
D 05.02.01   Function
D 05.02.03   Scope of Grievance Process

**CG 50/02.00** **FUNCTION OF GRIEVANCE SYSTEM**
**CG 50/02.01** **POLICY**
It is the policy of the Cache County Jail (CCJ) that:
A.   inmates shall be afforded a formal grievance system to address complaints and other concerns; and
B.   the grievance system shall be fully documented at all levels.

**CG 50/02.02** **RATIONALE**
A.   While inmates may never be fond of any system designed to control their behavior and deprive them of liberty, frustration, and anxiety, the natural distaste for incarceration can be moderated if there is a system to channel the anxiety and anger to a constructive, acceptable forum.
B.   There is no constitutional requirement or statutory requirement that the CCJ provide inmates with a grievance system;[1] however, by providing a structured process for inmates to address grievances:
   1.   they can complain and challenge the conditions of their confinement in a constructive manner;
   2.   a safety valve is provided to deal with inmate frustration and apprehension;

---

[1] 42 USC § 1997e (b) ("The failure . . . to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under section 1997a or 1997c of this title.").

        3.      an element of greater fairness is added to the system;
        4.      the process can be documented; and
        5.      inmates can be required under the Prison Litigation Reform Act (PLRA) to exhaust administrative remedies before entering into litigation.[2]
    C.     Properly utilized, a grievance system can have a direct administrative benefit by providing information from which the Jail Lieutenant can gauge the operational climate of the CCJ.
    D.     Fully documenting the system benefits the CCJ operation by providing:
        1.      a record of the good-faith efforts of officials in addressing reasonable complaints of inmates;
        2.      information to document unreasonable inmate complaints and demands; and
        3.      information which can be used in litigation defense.

### CG 50/02.03  PROCEDURE:  FORUM TO ADDRESS INMATE CONCERNS

    A.     The primary function of the inmate grievance system is to provide a process for processing inmate complaints and concerns.
    B.     This function is accomplished by providing inmates a formal process which includes:
        1.      written documentation of grievances;
        2.      a structured resolution process;
        3.      written responses from the grievance deputy; and
        4.      involvement of the Jail Lieutenant in the process.
    C.     Staff members should utilize the system as intended to ensure that inmates have a constructive means of confronting what they may perceive to be a lack of fairness in their incarceration.

### CG 50/02.04  PROCEDURE:  DEVELOP MANAGEMENT INFORMATION

    A.     The grievance system offers CCJ deputies an excellent management tool which can provide insight which would not otherwise be available.
        1.      Inmate grievances should be reviewed to determine whether there are any indications of:
            a.      sudden short-term or localized changes associated with inmates' behavior, attitudes, complaints, or staff-inmate conflict;
            b.      long-term patterns of grievances which indicate positive or negative trends in managing the inmate population;
            c.      grievance-related filings which suggest problems in or with a particular:
                (1)    component of the operation;
                (2)    area of the facility;
                (3)    inmate or inmates;
                (4)    staff member or members;
                (5)    policy or practice; or
                (6)    change in personnel, policy, or procedure; or

---

[2] 42 USC § 1997e (a); **Porter v. Nussle**, ____ U.S. ____ (2002).

        d.    pending disruptions or other inmate disorders.
2. If problems or potential problems are detected in the review of grievances, the Jail Lieutenant should initiate preventive or corrective actions.
- B. The CCJ grievance system shall be documented at all levels. The documentation will provide:
  1. a record of the process;
  2. insurance that legitimate inmate concerns are not inadvertently ignored;
  3. a record of the actions of CCJ deputies and staff to demonstrate their good-faith efforts at managing inmates in a fair and just manner.
- C. A grievance system provides inmates an opportunity to be heard, which may eliminate the need to establish separate procedures for inmates to challenge decisions by the facility.

**CG 50/02.05** **PROCEDURE: EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In 1995, the Prison Litigation Reform Act (PLRA) became law. Among its many provisions is a requirement that inmates exhaust available administrative remedies before filing federal civil rights claims.

**CG 50/03.00** **ELEMENTS OF GRIEVANCE SYSTEM**

**CG 50/03.01** **POLICY**
- A. The CCJ grievance system should:
  1. serve the needs of all inmates housed in the CCJ;
  2. permit inmates to challenge CCJ policy and conditions issues; and
  3. offer wide administrative discretion in resolving complaints.
- B. The CCJ grievance system will not address complaints regarding:
  1. decisions or policies of the Utah State Board of Pardons and Parole (BPP), the UDC, or entities other than the CCJ;
  2. formal disciplinary findings or punishments;
  3. classification determinations; or
  4. anything that is considered to be a privilege.
- C. The CCJ should provide training to staff and orientation to inmates concerning the inmate grievance system.

**CG 50/03.02** **RATIONALE**
- A. The grievance system is provided **not as a right**, but as a process to facilitate the complaint process. Nothing in this chapter is intended to create a liberty interest for inmates.
- B. All inmates incarcerated in the CCJ are subject to the policies, procedures, and regulations of the CCJ, and as such, should be given equal access to the grievance process.
- C. Certain potential inmate concerns must be excluded from the grievance system:
  1. if the CCJ has no authority over the policies, procedures, practices, or decision making; or
  2. if there are other mechanisms in place for inmates to appeal or challenge decisions or actions.

      D.    For the grievance system to benefit inmates and further CCJ interests, inmates must feel free to utilize the system to seek redress without fear of retaliation from facility officials.

      E.    Training and orientation for staff and inmates are necessary to ensure that:
  1. staff has sufficient understanding of the grievance process to properly facilitate its use to address inmate complaints; and
  2. inmates are aware of the intent and benefits of channeling complaints through the process, and to reduce their misuse of the system.

## CG 50/03.03  PROCEDURE:  SCOPE AND APPLICABILITY

A. The grievance system should be the means for receiving, processing, and resolving inmate complaints including, but not limited to, policies, procedures, practices, regulations, conditions, and staff conduct.

B. In general, all inmate complaints are grievable, except complaints against decisions and procedures of the BPP, UDC, or other agencies over which CCJ officials exercise no authority.

C. Inmates may not grieve formal disciplinary findings, punishments, or actions. CG 45, "Discipline: Due Process," provides a separate appeal process.

D. Classification decisions cannot be grieved. CG 14, "Classification: Challenges" provides a process for inmates to complain about classification decisions.

E. Complaints of UDC inmates against the UDC shall be filed with UDC officials and processed by UDC staff. CCJ staff will not process grievances against the UDC because they have no power or authority to remedy such complaints.

F. Inmates may not grieve aspects of institutional life that pertain to any privilege offered by the CCJ or any other agency or institution.

## CG 50/03.04  PROCEDURE:  ACCESSIBILITY

A. Inmates may file grievances regardless of their status or classification. Abuse of the grievance system may, however, affect continued access to the system.

B. Inmates requiring help with language interpretation or those who are disabled can receive assistance by making a request to any grievance deputy.
  1. Requests should be forwarded by the grievance deputy to the grievance supervisor.
  2. The grievance supervisor should be responsible for finding and providing the necessary assistance to allow the inmate proper access to the system.

## CG 50/03.05  PROCEDURE:  ADMINISTRATIVE DISCRETION

This chapter sets no limits on existing administrative discretion or powers. The scope of available administrative options and actions is broad and should be applied on a case-by-case basis.

## CG 50/03.06  PROCEDURE:  PREVENTING RETALIATION

A. Inmates are encouraged to use the grievance system to resolve their

        complaints. It is in the mutual interest of both inmates and the CCJ that the grievance system provides a viable means of redress for inmate complaints.
- B. Permitting retaliation against inmates for filing grievances would defeat the purpose of the system and work contrary to the interests of the facility.
- C. Retaliation may also create a cause of action for any inmate against whom the retaliation is directed. The principle that forbids retaliation against an inmate for exercising a constitutional right may apply even though the actions taken would have been otherwise permissible.
- D. The prohibition against retaliation shall not prevent action from being taken by CCJ officials in response to repeated frivolous or malicious grievance filings.