# EXHIBIT C

| VOLUME: NUMBER – TOPIC | | | CHAPTER: NUMBER – TOPIC | | |
|---|---|---|---|---|---|
| **CG Inmate Management** | | | **CG 51** | | **Grievance: Processing** |
| PUBLISHED | PREVIOUS REVIEW | SUPERSEDES | SCHEDULED REVIEW | | PAGES |
| **07/07/05** | **11-18** | **NA** | **3-20** | | **9** |
| TO BE REVIEWED BY | | | APPROVED BY | | |
| **JAIL LIEUTENANT** | | | **Sheriff D. Chad Jensen** | | |

## TABLE OF CONTENTS

CG 51/01.00   **GENERAL PROVISIONS**
CG 51/01.01   Purpose of Chapter
CG 51/01.02   Distribution
CG 51/01.03   Definitions
CG 51/01.04   Utah Jail Standards References

CG 51/02.00   **INITIATING GRIEVANCES**
CG 51/02.01   Policy
CG 51/02.02   Rationale
CG 51/02.03   Procedure: Filing Grievances
CG 51/02.04   Procedure: Burden as Moving Party
CG 51/02.05   Procedure: Inmate/Staff Information
CG 51/02.06   Procedure: Investigation
CG 51/02.07   Procedure: Written Response
CG 51/02.08   Procedure: Duration of Process
CG 51/02.09   Procedure: Emergency Grievances
CG 51/02.10   Procedure: Grievance Records
CG 51/02.11   Procedure: Reporting to UDC
CG 51/02.12   Procedure: Grievance Process Tracking Report

CG 51/03.00   **LEVEL ONE: OPERATIONS LEVEL**
CG 51/03.01   Policy
CG 51/03.02   Rationale
CG 51/03.03   Procedure: Initiating the Grievance
CG 51/03.04   Procedure: Investigation
CG 51/03.05   Procedure: Documenting Level One Determinations
CG 51/03.06   Procedure: Processing Level One Actions

CG 51/04.00   **LEVEL TWO: REVIEW LEVEL**
CG 51/04.01   Policy
CG 51/04.02   Rationale
CG 51/04.03   Procedure: Review Process
CG 51/04.04   Procedure: Processing Level Two Actions

(continued on next page)

CG 51/05.00  **LEVEL THREE: FINAL REVIEW LEVEL**
CG 51/05.01  Policy
CG 51/05.02  Rationale
CG 51/05.03  Procedure: Review Process
CG 51/05.04  Procedure: Jail Lieutenant's Authorization
CG 51/05.05  Procedure: Processing Level Three Actions

**CG 51/01.00** **GENERAL PROVISIONS**

**CG 51/01.01** **PURPOSE OF CHAPTER**

It is the purpose of this chapter to provide the policies and procedures of the Cache County Jail for processing inmate grievances, including:

A. initiation of grievances;
B. processing procedures;
C. levels of responsibility; and
D. frivolous/malicious grievances.

**CG 51/01.02** **DISTRIBUTION**

Standard distribution

**CG 51/01.03** **DEFINITIONS**

| | |
|---|---|
| **CCJ** | Cache County Jail |
| **emergency grievance** | grievances involving emergency circumstances which may justify priority handling to avoid delays which may subject the inmate to substantial risk of personal injury or cause other serious or irreparable harm (e.g., medical) |
| **frivolous grievance** | any grievance that the inmate knows or should know is utterly without merit, irresponsible, or has no rational basis in fact or law |
| **grievance** | a written inmate complaint within the jurisdiction of the facility alleging personal injury, loss, or harm caused by the application or omission of a policy or practice, a staff member or inmate action, or an incident; does not include any complaint regarding parole procedures or decisions, formal disciplinary decisions, classification decisions, or privileges. |
| **grievance deputy** | a deputy assigned to process an inmate grievance |
| **grievance sergeant** | a sergeant assigned to facilitate the grievance process |
| **malicious grievance** | any grievance in which the inmate willfully falsifies information with the intent to vex, annoy, slander, or injure a member or any other person |
| **UDC** | Utah Department of Corrections |

**CG 51/01.04** **UTAH JAIL STANDARDS REFERENCES**

B 02.01.03   Duty to Classify Records
D 05.01.01   Written Policies and Procedures Required
D 05.01.02   Content
D 05.02.01   Function
D 05.02.02   Resolution at Lowest Level

D 05.02.04    Emergency Grievances

## CG 51/02.00 INITIATING GRIEVANCES
### CG 51/02.01 POLICY
It is the policy of the Cache County Jail (CCJ) that:
A. inmates shall try to resolve grievances at the lowest level by reporting those grievances to a line staff deputy. If the problem still exists;
B. inmates shall have the burden of proving the allegations contained in grievance filings;
C. the grievance system shall be a three-level system; and
D. inmates shall not be permitted to abuse or misuse the grievance system by filing frivolous or malicious grievances.

### CG 51/02.02 RATIONALE
A. Grievances must be made in writing to:
 1. document the allegations, process, and response;
 2. provide the grievance deputy a clear understanding of the claims and issues raised by inmates; and
 3. provide a means of ensuring that matters, once filed, are followed to a conclusion.
B. Since it is the inmate who is making the complaint which initiates the grievance process, it is the inmate's burden to establish the facts to support his petition for redress.
C. The structure of the grievance system is intended to be simple and responsive; thus, is limited to just three steps.
D. Frivolous, vexatious, and/or malicious grievances interfere with the function and intent of the grievance system and reduce its overall effectiveness in resolving inmate concerns.

### CG 51/02.03 PROCEDURE: FILING GRIEVANCES
A. Before an inmate may file a grievance they must first try to resolve the issue through line staff. Inmates should make and document reasonable attempts to resolve complaints informally prior to filing a formal grievance action.
B. The grievance shall be made in writing and shall explain the reasons for and nature of the grievance.
C. Assistance, including copies of necessary forms and information on the operation of the grievance process is available from individual CCJ deputies or the shift supervisor.
D. Completed grievance forms should be submitted to, and accepted only by a grievance deputy for review.
E. Legitimate grievance forms should then be forwarded to the grievance sergeant.

### CG 51/02.04 PROCEDURE: BURDEN AS MOVING PARTY
A. The inmate has the burden of providing all relevant facts and information as "the moving party" in the grievance.
B. If the complaining inmate provides inadequate information on the grievance form, the grievance deputy may:
 1. return the form to the inmate for additional information; or

        2.     initiate a resolution based on existing information.
- C. Grievances relating to any type of privilege will not be accepted by the grievance deputy and will be returned to the inmate.

## CG 51/02.05   PROCEDURE: INMATE/STAFF INFORMATION

Both staff and inmates are encouraged to provide written information concerning grievances filed by inmates. The initial stage of processing the grievance is the most appropriate time for receiving the information.

## CG 51/02.06   PROCEDURE: INVESTIGATION

- A. Legitimate inmates' grievances shall be investigated and processed.
- B. No member having personal involvement in any incident underlying a grievance should be permitted to make the grievance decision.

## CG 51/02.07   PROCEDURE: WRITTEN RESPONSE

- A. The decision maker is required to provide the inmate with a copy of the written response.
- B. The written response should provide:
  1. the findings; and
  2. the reasons for the findings.

## CG 51/02.08   PROCEDURE: DURATION OF PROCESS

- A. The inmate grievance system is designed to be completed within 32 calendar days if all steps run their full course. Time limits include:
  1. seven days from the precipitating event for the inmate to file a grievance;
  2. seven days to complete the staff response at level one;
  3. three days for the inmate to request a review by the Grievance Sergeant after receiving the written level one decision;
  4. if a review is required, seven days for the Grievance Sergeant to provide a written response;
  5. 24 hours for the inmate to request a review by the Jail Lieutenant after receiving the written level two decision; and
  6. if a review is required, seven days for the Jail Lieutenant to provide a written response.
- B. Every effort should be made to ensure that the grievance process is completed well before the 32-day time limit. Each of the components of the system is capable of being satisfied in less than the maximum time allowance.
- C. If more than seven days is required for a complete staff response, the inmate should be notified in writing that the response time is being extended.
- D. Fixed time frames are applicable to each level of the grievance with the inmate becoming entitled to move to the next stage upon the expiration of a staff time limit, unless the Grievance Sergeant grants an extension.

## CG 51/02.09   PROCEDURE: EMERGENCY GRIEVANCES

- A. Grievances of an exigent nature requiring an immediate resolution or a more expedited process may be given emergency status and put on a fast-track process. Emergency grievances might include, but would not be

        limited to, grievances related to:
1. medical treatment;
2. an inmate or staff member that may be placed in harm's way;
3. other matters for which a delay would significantly prejudice the inmate or expose the CCJ to liability if not immediately resolved.

  B. Grievances determined by the grievance deputy to be of an emergency nature shall be processed in an expedited, priority manner.
  C. No stage of the grievance process should be totally deleted because each step provides a level at which administrative action can be taken; however, each step can be accelerated.
  D. Decisions related to expedited handling and the type of response required should be decided on a case-by-case basis.

### CG 51/02.10 PROCEDURE: GRIEVANCE RECORDS
  A. The CCJ should maintain grievance records for at least two years.
  B. Access to grievance records should ordinarily be restricted to the inmate's file and the grievance file and are restricted from inmates--other than those documents routinely provided to individual inmates related to their individual grievance claims.
  C. Grievance records should be classified under the Government Records Access and Management Act (GRAMA) to prevent them from being obtained by the public, news media, or other inmates.

### CG 51/02.11 PROCEDURE: REPORTING TO UDC
  A. The CCJ shall submit copies of all grievances filed by state inmates to the UDC on a monthly basis.
  B. This should be done by the 10th of each month.

### CG 51/02.12 GRIEVANCE PROCESS TRACKING REPORT
  A. The deputy responsible for inmate grievances is required to generate a monthly and quarterly report of grievances currently going on in the jail and send it to the Jail Lieutenant.
  B. This gives the Jail Lieutenant some insight of the grievances currently going on in the jail.

### CG 51/03.00 LEVEL ONE: OPERATIONS LEVEL
### CG 51/03.01 POLICY
It is the policy of the CCJ that:
  A. the first grievance level should be handled by the grievance deputy;
  B. the grievance deputy and inmates involved in handling grievances at level one should make every effort to resolve grievances at that level;
  C. grievances should be handled without unnecessary delay, keeping in mind the policy-established time frames; and
  D. the grievance sergeant shall notify staff of filed grievances against said deputy.
  E. when a grievance is capable of being resolved at the line staff level a supervisor should counsel with line staff so that they can be part of the solution.

**CG 51/03.02  RATIONALE**
 A. At level one, the grievances are forwarded directly to the grievance sergeant in order to:
  1. reduce the involvement of the CCJ administration in the day-to-day management of the inmates;
  2. ensure that staff members possibly involved in the grievance are eliminated from the grievance process; and
  3. decrease the time involved in processing individual grievances.
 B. Swift handling of grievances:
  1. promotes staff efficiency by reducing pending work load; and
  2. demonstrates to inmates a commitment to grievance resolutions.
 C. Notifying staff of filed grievances promotes greater staff awareness of the climate of the facility.

 D. It is important for both staff members and inmates to understand that the grievance system is a viable and purposeful process, as opposed to a simple administrative procedure for deflecting inmate complaints.

**CG 51/03.03  PROCEDURE:  INITIATING THE GRIEVANCE**
 A. Within seven calendar days of a precipitating event (a specific event or the time when the inmate knew or should have known about a grievable situation), the inmate may obtain a grievance form, complete the first (inmate) section, and submit the form to a grievance deputy.
  1. The inmate must mark the grievance box on the inmate request form in order for it to be processed as a grievance.
  2. The grievance deputy should place the grievance in the box of the grievance sergeant.
 B. The Grievance Sergeant may assign the matter to another grievance deputy.

**CG 51/03.04  PROCEDURE:  INVESTIGATION**
 A. The assigned deputy shall have seven calendar days to:
  1. gather grievance-related statements and documents;
  2. review grievance-related policy and procedure, and, if applicable, general orders or special orders;
  3. personally discuss the matter with the complaining inmate;
  4. attempt to resolve the grievance;
  5. initiate remedial actions and/or proposals; and
  6. complete the appropriate section of the grievance form.
 B. If the grievance investigation phase cannot be completed within the seven-day time frame, the deputy may request an extension of the time from the Grievance Sergeant.
  1. If an extension request is granted, it should be for a specific period of time and shall be authorized in writing.
  2. The inmate shall also receive written notice of the extension.

**CG 51/03.05  PROCEDURE: DOCUMENTING LEVEL ONE DETERMINATIONS**
 A. After investigating and processing the inmate's complaint, the assigned deputy shall enter his determination in the appropriate field on the

            grievance form.
- B. The decision shall include the deputy's findings and any other relevant information.

## CG 51/03.06 PROCEDURE: PROCESSING LEVEL ONE ACTIONS

- A. Once a grievance decision has been made:
  1. the **grievance deputy** shall:
     - a. ensure that the grievance resolution is consistent with the mission, policy, and procedure of the CCJ;
     - b. place the original of the grievance form into the box of the grievance sergeant for retention in the grievance file; and
     - c. provide a copy to the inmate.
  2. the **inmate** may:
     - a. accept the Level One determination; or
     - b. if unsatisfied with the outcome, request a review at Level Two by:
       - (1) filling out a request form, marking the grievance box within three calendar days; and
       - (2) forwarding the Inmate Grievance Appeal Request form to the Grievance Sergeant.
- B. The Grievance Sergeant shall handle Level Two of the grievance process.

## CG 51/04.00 LEVEL TWO: REVIEW LEVEL
## CG 51/04.01 POLICY

It is the policy of the CCJ that:
- A. The Grievance Sergeant shall provide a review when the inmate feels justified in challenging the Level One action;
- B. there shall be an administrative appeal to the ruling of the Grievance Sergeant by appealing a Level Two decision within 24 hours, and
- C. A Level Three appeal will be addressed by the Jail Lieutenant.

## CG 51/04.02 RATIONALE

The Level Two review is intended:
- A. to provide greater assurance that inmates are being treated fairly and within the requirements of policy;
- B. to permit administrative review of an action on grievance determinations about which inmates may remain dissatisfied; and
- C. to permit the Grievance Sergeant to ensure that there is no potential violation of the inmate's rights which must be addressed.

## CG 51/04.03 PROCEDURE: REVIEW PROCESS

- A. The Grievance Sergeant shall have seven days from the time that he receives the grievance file to complete the review and issue a decision on the matter.
- B. If more time is required, the Jail Lieutenant may extend the time by providing the inmate with notice of the extension.

## CG 51/04.05 PROCEDURE: PROCESSING LEVEL-TWO ACTIONS

- A. After making the Level-Two determination, the Grievance Sergeant shall document his decision.

  B. The Grievance Sergeant shall:
    1. provide a copy to the inmate; and
    2. place a copy in the grievance file.

## CG 51/05.00 LEVEL THREE: FINAL REVIEW LEVEL

### CG 51/05.01 POLICY

It is the policy of the CCJ that:
- A. the Jail Lieutenant shall provide a review when the inmate feels justified in challenging the Level Two action; and
- B. there shall be no administrative appeal to the ruling of the Jail Lieutenant.

### CG 51/05.02 RATIONALE

- A. The Level Three review is intended:
  1. to provide even greater assurance that inmates are being treated fairly and within the requirements of policy;
  2. to permit administrative review of an action on grievance determinations about which inmates may remain dissatisfied after a level two determination; and
  3. permit the Jail Lieutenant to ensure that there is no potential violation of the inmate's rights which must be addressed.
- B. No higher administrative review (i.e., the UDC or other entity for which inmates are being held in the CCJ) is provided because the CCJ is an independent facility which sets and implements its own policy and is responsible for the jail's operation and management.

### CG 51/05.03 PROCEDURE: REVIEW PROCESS

- A. The Jail Lieutenant shall have seven days from the time that he receives the grievance to complete the review and issue a decision on the matter.
- B. If more time is required, the Jail Lieutenant may extend the time by providing the inmate with notice of the extension.

### CG 51/05.04 PROCEDURE: JAIL LIEUTENANT'S AUTHORIZATION

- A. The Jail Lieutenant's decision is final and not subject to administrative appeal.
- B. The Jail Lieutenant's authority regarding grievance decisions does not depend on whether the inmate is a county inmate, a UDC inmate, or an inmate held for any other jurisdiction.
- C. Notification of the UDC or other agency for whom the CCJ is housing an inmate involved in a grievance action will be provided if that entity wishes to have notification beyond the ordinary inmate file update.

### CG 51/05.05 PROCEDURE: PROCESSING LEVEL THREE ACTIONS

- A. After making the Level-Three determination, the Jail Lieutenant shall document his decision.
- B. The Jail Lieutenant shall:
  1. provide a copy to the inmate; and
  2. place a copy in the grievance file.