# EXHIBIT F

| VOLUME: NUMBER – TOPIC<br>**CL Inmate Services** | | | CHAPTER: NUMBER – TOPIC<br>**CL 20    Inmate Property** | |
|---|---|---|---|---|
| PUBLISHED<br>**08/01/03** | PREVIOUS REVIEW<br>**11-18** | SUPERSEDES<br>**NA** | SCHEDULED REVIEW<br>**3-20** | PAGES<br>**7** |
| TO BE REVIEWED BY<br>**JAIL LIEUTENANT** | | | APPROVED BY<br>**Sheriff D. Chad Jensen** | |

## TABLE OF CONTENTS

CL 20/01.00   **GENERAL PROVISIONS**
CL 20/01.01   Purpose of Chapter
CL 20/01.02   Distribution
CL 20/01.03   Definitions
CL 20/01.04   Utah Jail Standards References

CL 20/02.00   **RECEIVING PROPERTY FROM OUTSIDE**
CL 20/02.01   Policy
CL 20/02.02   Rationale
CL 20/02.03   Procedure: General
CL 20/02.04   Procedure: At Booking
CL 20/02.05   Procedure: From Utah Department of Corrections and Other Agencies
CL 20/02.06   Procedure: From Family, Friends, and Others

CL 20/03.00   **PROPERTY IN CELLS**
CL 20/03.01   Policy
CL 20/03.02   Rationale
CL 20/03.03   Procedure: General
CL 20/03.04   Procedure: Property Allowed
CL 20/03.05   Procedure: Property Not Allowed

CL 20/04.00   **PROPERTY ROOM**
CL 20/04.01   Policy
CL 20/04.02   Rationale
CL 20/04.03   Procedure: General
CL 20/04.04   Procedure: Inspection and Audit

CL 20/05.00   **DISPOSING OF PROPERTY**
CL 20/05.01   Policy
CL 20/05.02   Rationale
CL 20/05.03   Procedure: General
CL 20/05.04   Procedure: Notice
CL 20/05.05   Procedure: Disposal

## CL 20/01.00 GENERAL PROVISIONS

### CL 20/01.01 PURPOSE OF CHAPTER

The purpose of this chapter is to provide an overview of the Cache County Jail's general policies and procedures governing possession, storage, and receiving of inmate property.

### CL 20/01.02 DISTRIBUTION

Standard distribution

### CL 20/01.03 DEFINITIONS

| | |
|---|---|
| **CCJ** | Cache County Jail |
| **contraband** | any item not specifically approved for possession by an inmate; approved items possessed in excess of the amount or volume authorized; any item used for other than its intended purpose; any other item for which storage in cells is not authorized |
| **illegal contraband** | anything found under UCC 76-8-311.1 and UCC 76-8-311.3 |
| **ICE** | Immigration and Customs Enforcement |
| **OIC** | officer-in-charge |
| **UCC** | Utah Criminal Code |
| **UDC** | Utah State Department of Corrections |

### CL 20/01.04 UTAH JAIL STANDARDS REFERENCES

| | |
|---|---|
| C 03/02.01 | Taking Prisoners' Money and Property |
| C 03/02.02 | Inventory and Receipt of Property |
| C 03/02.03 | Storing Prisoners' Money and Property |
| C 03/02.08 | Property and Clothing Search |
| C 04/04.01 | Prisoner Property and Money Return |
| C 04/04.02 | Release Documentation |
| E 01/02.03 | Volume of Letters |
| E 01/04.02 | Packages |
| E 01/04.03 | Cash, Money Orders, Checks, and other Negotiable Instruments |
| F 03/02.03 | Prisoners' Personal Property |

## CL 20/02.00 RECEIVING PROPERTY FROM OUTSIDE

### CL 20/02.01 POLICY

It is the policy of the Cache County Jail (CCJ) that the property which can be retained by, possessed by, or received for inmates is limited and will be strictly regulated.

### CL 20/02.02 RATIONALE

Inmates' possession of and access to property must be controlled:
A. to prevent the introduction of weapons, drugs, and other materials which could adversely affect safety, security, orders, and/or discipline;
B. to limit the opportunity for theft of inmate property by other inmates;
C. to limit the volume of materials which must be searched by staff during cell shakedowns;
D. to limit the volume of fuel in the event of a fire; and
E. to further proper sanitation.

**CL 20/02.03** **PROCEDURE: GENERAL**
A. Regulation of inmates' access to and possession of property furthers the CCJ's safety, security, order, discipline, and other legitimate penological interests.
B. The CCJ will screen and limit the property brought to the jail by:
1. arrestees;
2. inmates received from the Utah State Department of Corrections (UDC), Immigration and Customs Enforcement (ICE), and other agencies; and
3. family, friends, associates, and others.

**CL 20/02.04** **PROCEDURE: AT BOOKING**
A. Items removed from the inmate will be documented.
B. Denied property that is found during intake will be sent with the transporting agency.
C. Denied property that is found after acceptance of inmate will be:
1. given to someone designated by the inmate after notifying them and filling out the proper paperwork; or
2. donated or destroyed after seven days at the discretion of CCJ staff.

**CL 20/02.05** **PROCEDURE: FROM UTAH DEPARTMENT OF CORRECTIONS AND OTHER AGENCIES**
A. The property policies of the CCJ may vary to some degree from those of the UDC, ICE, and other agencies for whom the CCJ houses inmates.
B. In the event of a difference between the policies of the CCJ and any other agency, the CCJ's policies and procedures shall prevail. The only exceptions will be:
1. modified policies negotiated by contract; and
2. temporary waivers of CCJ policies by the Jail Lieutenant.

**CL 20/02.06** **PROCEDURE: FROM FAMILY, FRIENDS, AND OTHERS**
A. **Allowable Property**
1. The only inmate property that may be received from family, friends, and others is clothing. Clothing will be permitted only if:
a. clothing is needed for a court appearance;
b. the inmate does not have personal clothing in which to be released from jail; or
c. the inmate is being released in winter weather, but has only summer clothing (may have coat brought in).

       2. Exceptions may be:
- a. medications that have been approved by the CCJ medical staff ;
- b. prescription glasses that have been approved by the CCJ medical staff; and/or
- c. money in the form of cash, cashier's check, or money order.

B. **Receiving Property**
1. Persons with approved clothing for inmates shall bring the clothing to booking.
2. A receipt should be provided to the person who delivered the clothing. The receipt should list each item of clothing individually.
3. The clothing will be delivered to the clothing room. The clothing will remain in storage until actually needed by the inmate for court or release.
4. All property should be documented in the computer under the inmate's name.
5. A copy of the computer receipt should be delivered to the inmate and shall be filed in the inmate's file.

# CL 20/03.00 PROPERTY IN CELLS

## CL 20/03.01 POLICY

It is the policy of the CCJ that the property which inmates may have and store in their cells shall be limited and strictly regulated.

## CL 20/03.02 RATIONALE

Inmates' possession of property must be controlled:
A. to prevent the possession and trafficking of weapons, drugs, and other contraband which could adversely affect safety, security, order, and/or discipline;
B. to limit the opportunity for theft of inmate property by other inmates;
C. to limit the volume of materials which must be searched by staff during cell shakedowns;
D. to limit the volume of fuel in the event of a fire; and
E. to promote sanitation.

## CL 20/03.03 PROCEDURE: GENERAL

A. Inmates are prohibited from possessing contraband.
B. Contraband should be confiscated when found by staff.
C. Inmates possessing contraband are subject to disciplinary action.
D. When an inmate is found to be in possession of illegal contraband, the case should be screened with the Cache County Attorney's Office for criminal prosecution.

## CL 20/03.04 PROCEDURE: PROPERTY ALLOWED

The following property will be allowed into the CCJ:
A. legal materials; and
B. medication or medication devices – these must be approved by medical staff.

**CL 20/03.05  PROCEDURE: PROPERTY NOT ALLOWED**

- A. **General**
  1. Any property not specifically approved is contraband and not authorized to be possessed by inmates.
  2. It is not possible to provide a complete list of every prohibited item of contraband; thus, contraband shall include, but not be limited to, items as stated in CL 20/01.03, definition of contraband.

- B. **Excess Approved Property and Other Items**
  1. Clothing and Bedding
     - a. Clothing and bedding items in amounts greater than authorized is contraband.
     - b. Excess clothing must be surrendered whenever there is an excess.
  2. Food
     - a. Food not consumed during mealtime must be left on trays and returned to the kitchen for disposal.
     - b. Storing food may cause sanitation problems.
  3. Medication
     - a. Medication must be taken at the time it is dispensed.
     - b. Hoarding of medication is a serious disciplinary offense.
     - c. Trafficking in medication may result in criminal prosecution.
     - d. Dispensed medication may be stored by an inmate only when written authorization is provided by medical staff.
     - e. Reasonable amounts of medications purchased on commissary should be allowed. Excess amounts of medications will be prohibited.
  4. Photographs
     - a. Photographs greater in number than five are contraband.
     - b. Photographs may not be larger than 5 x 7.
     - c. Polaroids are not allowed.
  5. Books
     - a. All books received must come through the mail from the publisher or recognized book store, new and accompanied with receipt.
     - b. Only five paperback books will be allowed, excluding religious and legal books – no hardbacks, no dust covers, no boxes from box sets.
     - c. All books received immediately become the property of CCJ and will be marked as such, and all dust covers or boxes from collection sets will be destroyed.
     - d. After books are marked, they will be distributed to the inmate to whom they were addressed and may remain in his possession until the end of his stay, at which time, they will be incorporated into the CCJ library.
  6. Magazines
     No magazines will be allowed to be received by an inmate through the mail. Magazines are available to be checked out from the CCJ library.

  C. **Money**
   Inmates shall not possess cash, checks, money orders, or other negotiable items.

### CL 20/04.00   PROPERTY ROOM
### CL 20/04.01   POLICY
 It is the policy of the CCJ to provide limited storage for inmate property.

### CL 20/04.02   RATIONALE
 A. Storage must be permitted to secure property taken from inmates during the booking process or which they accumulate during their incarceration in excess of authorized amounts.
 B. Storage space allotted for each inmate must be limited because the CCJ has limited storage space available which must serve the needs of all inmates.

### CL 20/04.03   PROCEDURE: GENERAL
 A. The CCJ will provide secure storage for inmates' property that is not in their possession or control.
 B. No inmate will be permitted to accumulate and store more property than can be stored in one inmate property locker.
 C. If more than the permitted amount of property is found in an inmate's cell, it will be placed in the inmate's property locker and dealt with as per CL 20/05.04.

### CL 20/04.04   PROCEDURE: PROPERTY ROOM INSPECTION AND AUDIT
 A. Property Room Inspection
  1. On a monthly basis, the administrative sergeant assigned to property should conduct a random inspection of the property room. The purpose of this inspection should be to:
   a. Review the room's cleanliness:
   b. Ensure that property is properly stored; and,
   c. To ensure that lockers have tags and property descriptions in place, etc.
   d. Any issues requiring correction should be addressed as soon as possible following the inspection.
  2. A log detailing the inspection results should be made in the jail records Management system.
 B. Property Room Audit
  1. On at least a quarterly basis, the administrative sergeant assigned to property should conduct a random audit of the property room. This audit should include, be is not limited to:
   a. Random samplings of storage lockers to verify the numbered tag matches the description tag;
   b. Random samplings of storage lockers to verify the contents of the locker matches the inventory list;
   c. Inspection of locker contents for improperly stored items, commissary, etc.
  2. A log detailing the results of the audit should be made in the jail

records management system. The administrative sergeant should also provide the results of the audit to the Jail Lieutenant.

## CL 20/05.00   DISPOSING OF PROPERTY

### CL 20/05.01   POLICY
It is the policy of the CCJ that arrangements must be made to dispose of inmate property when the property:
- A. exceeds the one locker limit;
- B. is perishable; or
- C. for other reasons is not authorized for CCJ storage.

### CL 20/05.02   RATIONALE
- A. The CCJ cannot store an infinite amount of inmate property.
- B. Some types of property may present sanitation, safety, or security problems which do not permit storage.

### CL 20/05.03   PROCEDURE: GENERAL
- A. Excess inmate property should be released to a person designated by the inmate.
    1. It is the responsibility of the inmate to identify, contact, and make arrangements with the person authorized to receive his property. The property must be picked up within seven days after the inmate request form has been received by staff.
    2. If the inmate fails to implement property release arrangements, the property will be disposed of by CCJ officials.
- B. Perishable materials shall not be stored. Food or other perishable materials in possession of an arrestee brought to the jail will be destroyed.
- C. Illegal contraband shall be turned over to law enforcement officers.

### CL 20/05.04   PROCEDURE: NOTICE
When it becomes necessary to dispose of excess property, the involved inmate should be given written notice using the Inmate Property Disposal or Destruction Form. A copy of the notice should be given to the inmate and placed in the inmate's file.

### CL 20/05.05   PROCEDURE: DISPOSAL
The inmate shall have seven days to arrange for release of the excess material. If the inmate fails to arrange for someone to pick up the excess property, it will be disposed of by the CCJ.