# EXHIBIT G

| VOLUME: NUMBER – TOPIC<br>**CL Inmate Services** | | | CHAPTER: NUMBER – TOPIC<br>**CL 42        Inmate Library** | |
|---|---|---|---|---|
| PUBLISHED<br>**03/14/08** | PREVIOUS REVIEW<br>**11-18** | SUPERSEDES<br>**NA** | SCHEDULED REVIEW<br>**4-20** | PAGES<br>**5** |
| TO BE REVIEWED BY<br>**JAIL LIEUTENANT** | | | APPROVED BY<br>**Sheriff D. Chad Jensen** | |

## TABLE OF CONTENTS

CL 42/01.00   **GENERAL PROVISIONS**
CL 42/01.01   Purpose of Chapter
CL 42/01.02   Distribution
CL 42/01.03   Definitions
CL 42/01.04   Utah Jail Standards References

CL 42/02.00   **LIBRARY ACCESS/LEISURE TIME**
CL 42/02.01   Policy
CL 42/02.02   Rationale
CL 42/02.03   Procedure: General
CL 42/02.04   Procedure: Leisure Time Activities
CL 42/02.05   Procedure: Staff Duties
CL 42/02.06   Procedure: Facilities and Equipment for Leisure Activities
CL 42/02.07   Procedure: Religious Materials

**CL 42/01.00** **GENERAL PROVISIONS**

**CL 42/01.01** **PURPOSE OF CHAPTER**

The purpose of this chapter is to provide policy, procedure, and rationale regarding library access and leisure activities for inmates within the Cache County Jail.

**CL 42/01.02** **DISTRIBUTION**

Standard distribution.

**CL 42/01.03** **DEFINITIONS**

| | |
|---|---|
| CCJ | Cache County Jail |
| cell | individual cubicle within a cell block or in a dorm area |
| common area/day room | area within a housing unit which is outside individual cells and accessible to all inmates in the housing unit |

**CL 42/01.04** **UTAH JAIL STANDARDS REFERENCES**

| | |
|---|---|
| J 02.01.01 | Written Recreation Policies and Procedures Required |
| J 02.02.01 | Purpose |
| J 02.02.02 | Types of Leisure Activities |
| J 02.03.01 | Staffing |
| J 02.03.02 | Facilities |
| J 02.03.03 | Scheduling Activities |
| J 02.03.04 | Utilizing Community Resources |
| J 06.01.02 | Content |
| J 06.03.01 | Access to Free Exercise of Religion |

**CL 42/02.00** **LIBRARY ACCESS/LEISURE TIME**

**CL 42/02.01** **POLICY**

It is the policy of the Cache County Jail (CCJ):

A. to provide inmates:
  1. with the types of leisure activities that will minimize boredom, allow interaction with others in a positive way, and reduce idle time;
  2. a structured process of interacting in a social setting;
  3. with reading material;
  4. with facilities and equipment for leisure activities; and
  5. with a means of staying current on events occurring in the free world; and
B. to provide staff members the opportunity to control and supervise leisure activities to ensure order and discipline are maintained.

**CL 42/02.02**  **RATIONALE**
- A. The CCJ recognizes exercise as an identifiable human need. Leisure activities are important for incarcerated persons.
- B. Inmates with too much idle time are more likely to experience boredom and frustration and, in some cases, engage in violent activities. The CCJ benefits directly by providing leisure time activities that reduce mental, physical, and emotional discomfort. Leisure time activities are intended to limit idle time and reduce inmate activities which may be contrary to the safety, security, and management of the CCJ.
- C. Reading is a productive use of inmate idle time.
- D. The process of staff actively encouraging and programming leisure activities for inmates increases supervision and control of inmates. All inmate activities must be directed and controlled by staff to ensure that CCJ rules and policy requirements are enforced.

**CL 42/02.03**  **PROCEDURE: GENERAL**
- A. Most leisure activities take place outside of the inmate's cell. CCJ will provide common areas, tables, and seating for leisure activities.
- B. Inmates are expected to comply with the CCJ rules and regulations when participating in leisure activities.
- C. Leisure time activities may be restricted or denied when situations or conditions exist which could jeopardize the safety, security, or management of the CCJ.

**CL 42/02.04**  **PROCEDURE: LEISURE TIME ACTIVITIES**
- A. **Cards, Board Games, or Puzzles**
    1. Inmates may purchase cards through commissary.
    2. Board games and puzzles are available for check out through the CCJ library.
    3. Board games and puzzles provided for inmate use are maintained on a schedule determined by the CCJ Programs Coordinator.
    4. Inmates may have one board game or puzzle in their possession at a time.
    5. CCJ staff should monitor leisure time activities to ensure that board and card games are not used for gambling. Gambling frequently results in violence when inmates accrue gambling debts.
- B. **CCJ Library**
    1. Inmates are allowed access to CCJ library materials.
    2. Direct access to the library depends on the housing area classification and privilege level.
    3. Inmates may have any combination of books and magazines in their possession not to exceed a total of five (5).
    4. The CCJ will maintain a variety of magazine subscriptions available for inmate checkout.
    5. Inmates may check out books, magazines, games, and puzzles from the CCJ library by filling out a Library Request form. Inmates may keep the items until their next library visit.
    6. All books, magazines, and games are bar-coded and checked out to the inmate per their request.

      7.    Items returned damaged or not returned at all will be charged to the inmate's cash account as "damages" for the amount required to replace the item.

  C.  **Television**
1. Access to television is a privilege. This access is available to all inmates in medium and minimum classification unless otherwise restricted due to disciplinary actions. Inmates classified in maximum security or who are on Temporary Restriction Order (TRO) are not allowed access to television. Those inmates in medical observation cells or who are classified in Administrative Segregation will not normally have access to television in their housing areas.
2. Televisions are located in the housing unit common areas and may be accessed by inmates consistent with housing unit protocols.
3. Television use shall be controlled by staff. Televisions may be turned off for management reasons as necessary, including but not limited to head counts, meal service, medication or commissary distribution, clothing or bedding exchange, or when it is necessary to maintain the order and management of the CCJ.

## CL 42/02.05   PROCEDURE: STAFF DUTIES

A. **Pod Housing Staff**
Pod housing staff is responsible for monitoring inmates participating in leisure activities and may restrict activities which may jeopardize the safety, security, and/or order in any housing unit.

B. **Programs Staff**
Programs staff is responsible for:
1. maintaining inventory of board games authorized for inmate use;
2. maintaining inventory of books and periodicals available for inmate use;
3. rotating or replacing board games and determining the schedule for replacement;
4. rotating or replacing books and periodicals and determining the schedule for replacement; and
5. reviewing the CCJ magazine subscription list annually to determine if changes need to be made.

## CL 42/02.06   PROCEDURE: FACILITIES AND EQUIPMENT FOR LEISURE ACTIVITIES

A. **Cell Areas**
1. Reading, drawing, cards, and exercise activities may be done in the inmates' individual cells.
2. Inmates are not allowed to enter any cell other than their assigned cell.

B. **Common Areas**
Inmates may participate in leisure activities such as playing cards, board games, watching television, etc. in the common areas of their housing block.

**CL 42/02.07** **PROCEDURE: RELIGIOUS MATERIALS**
- A. **Religious Writings**
  1. Religious publications may be restricted entirely or may be restricted to a single reading area depending on the degree of risk to the security and safety of the CCJ, staff, inmates, or the community. Religious books do not have to be donated to the CCJ upon an inmate's release if prior approval allowing the inmate to retain the book has been made.
  2. The burden to completely restrict religious writings is a heavy one and such restrictions should not be made without approval of the Jail Lieutenant.
  3. The Jail Lieutenant, in deciding to restrict religious writings, shall:
     a. notify the inmate and sender of the refusal to deliver the item and the reasons for that decision;
     b. document the decision in writing; and
     c. provide immediate notification to the Programs Coordinator.
- B. **Personal Possession of Religious Books**
  1. Inmates are permitted to possess religious books as part of their property. This property as listed as those things currently approved or cleared through policy or procedure with CCJ.
  2. The quantities of religious books which may be possessed by inmates in their cells shall be regulated depending on classification and inmate housing practices and procedures.
- C. **Personal Possession of Religious Literature**
  1. Inmates are permitted to possess religious literature.
  2. Inmates may obtain religious literature from the following sources:
     a. CCJ library;
     b. authorized volunteer ecclesiastical leaders or their designees with prior approval from the Programs Coordinator; and
     c. authorized volunteers with prior approval from the Programs Coordinator.
  3. Volunteer ecclesiastical leaders or their designees shall inform the Programs Coordinator when, and receive clearance prior to, distributing religious literature directly to the inmates in their housing units.
  4. Authorized volunteers and ecclesiastical visitors wishing to donate religious literature to inmates shall be required to have all literature pre-approved by the Programs Coordinator. Donations will go to the library for general checkout and not to individual inmates.