# EXHIBIT M

CONFIDENTIAL INFORMATION





## CACHE COUNTY JAIL

D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

### Inmate Request and Grievance Form

Date: 6 / 8 / 18          Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: _____

CHECK ONE:  ☐ County Inmate   ☑ State Inmate   ☐ Federal Inmate   ☐ ICE Inmate

CHECK ONE:  ☐ Request   ☐ Good Time   ☐ Grievance   ☐ Grievance Appeal   ☑ Other (Religious)

Describe Problem or Request: At Intake, I was told to contact Sgt. Moughan regarding my religious needs. I am a Hindu. I would like to request my religious neckless returned. I have been approved for an alter in Draper and would like to set one up here. I need my meds to conform to Hindu dietary law. Lastly, I need feast/fast boxes for my observances. Thank you

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

---

### FOR DEPARTMENT USE ONLY

Received by: D140          Date: 6 / 9 / 2018          Time: 2235

Routed to:  ☐ Administration   ☐ Shift Sgt/OIC   ☐ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent
☑ Other (specify) Sgt Moughan

Reply: ___ For safety and security we do not allow beads in our facility. A picture of the beads is attached for your convenience in recitation of the mantras as well as breathing exercises. We do not allow alters at our facility. I do not know anything about medications that you need, you will have to give me more information. Most Hindu's meet their dietary requirements through self-selection from the tray. I will also need more information on your feast/fast boxes, since I have not been able to find this as a religious requirement. Also, I need to gather information about your conversion, when, where, and how. Please send all other this to me in another request with this information.

Disposition by: _____          Date: 6 / 12 / 18          Time: 1350

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION

USP



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 13 / 18          Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: C-1o

CHECK ONE:  ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE:  ☐ Request  ☐ Good Time  ☐ Grievance  ☐ Grievance Appeal  ☑ Other (Religious)

Describe Problem or Request: As per Federal Law, I am allowed prayer beads, alters and religious meals. Draper provides all three. I am a state inmate, not county. I have all the information for you to look at, once I recieve my property. I am not a convert. I was born a Hindu in India. Contact local priest at the Ganesha temple for your verification needs. I am moving forward in filing a grievance and letting my attorney know.

For Grievances: What steps have you taken to resolve this problem? _____

_____

_____

---

## FOR DEPARTMENT USE ONLY

Received by: D70          Date: 6 / 13 / 18          Time: 2230

Routed to:  ☐ Administration   ☐ Shift Sgt/OIC   ☐ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent
☑ Other (specify) SGT. MAUGHAN

Reply: _____ You have the right to your religion beliefs, but we have a duty not to allow anything that would jeopardize safety and security. The picture of the prayer beads meet this requirement and is what we use for other religions that require prayer beads. We do not allow alters at this facility for your and the facility safety. As far as your meals, I read it meds on your last request. I know that strict vegetarianism is preferred but not generally required. Are you requesting a vegetarian diet? If so, I will get with the kitchen and get this started right away. I appreciate the other information that you provided.

Disposition by: _____ Date: 6 / 14 / 18          Time: 1750

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

<span style="color:red">CONFIDENTIAL INFORMATION</span>



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 13 / 18          Inmate Name: Vivek LaKhumna

Name #: 270486          Housing Unit: G/o

CHECK ONE: ☐ County Inmate     ☑ State Inmate     ☐ Federal Inmate     ☐ ICE Inmate

CHECK ONE: ☐ Request     ☐ Good Time     ☑ Grievance     ☐ Grievance Appeal     ☐ Other

Describe Problem or Request: I am a Hindu and wrote to Sgt Maughan for religious access. He has denied me religious access, which the Federal courts have decided is my civil rights. Draper gave me religious access which this county is now deined. I am a state inmate not county, Level 1

**For Grievances:** What steps have you taken to resolve this problem? I have contacted Sgt. Maughan regarding my religious food needs, prayer beads and alter. I have been deined religious access, which Draper honored. I am a state inmate not County. I will file a Federal 1983 for religious access denial.

## FOR DEPARTMENT USE ONLY

Received by: JP          Date: 6 / 14 / 18          Time: 0905

Routed to: ☐ Administration     ☐ Shift Sgt/OIC     ☐ Medical     ☐ Classification     ☐ Programs     ☐ ICE Agent
☐ Other (specify) _____

Reply: The beads + Alter are the only things denied. These are denied for any religion (ie. Catholic Rosaries) and that policy has been challenged and remains. Sgt. Maughan requested more information about the rest of the requests so those things are not denied.

Disposition by: JP          Date: 6 / 14 / 18          Time: 0915

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL

D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 16 / 18          Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: G6

CHECK ONE:  ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE:  ☐ Request    ☐ Good Time    ☐ Grievance    ☐ Grievance Appeal    ☑ Other

Describe Problem or Request: To: Lt. Peck, I talked to A. Priest last night, regarding my religious success. He reccomended I contact you first, before completing Level 2+3 grievances. As per Federal Law, I am allowed to have prayer beads, alter, religious meals and religious items. Sgt. Maughan has denied me all. I will file in federal court if not corrected. Thank you.

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

_____

---

## FOR DEPARTMENT USE ONLY

Received by: _____    Date: 6 / 16 / 18    Time: 1800

Routed to:  ☐ Administration    ☐ Shift Sgt/OIC    ☐ Medical    ☐ Classification    ☐ Programs    ☐ ICE Agent

☐ Other (specify) Lt. PECK

Reply: _Inmate Lakhumna: You do have a right to reasonably practice your religion, but there are also security issues_

_in any correctional facility that affect the practice of any religion. Sgt. Maughan has provided you with a picture of_

_prayer beads that can be used to meet your religious needs. This is the same practice that we use for other religions._

_He has asked if you need a vegetarian diet and is simply waiting for your reply. We do not allow altars in our facility_

_for safety and security reasons. I am not aware of what other religious items have been denied. A point of clarification_

_for you: he has not denied you all that you requested._

Disposition by _____    Date: 06 / 18 / 2018    Time: 1155 hrs

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

<span style="color:red">CONFIDENTIAL INFORMATION</span>



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 18 / 18    Inmate Name: Vivek Lakhumna

Name #: 370486    Housing Unit: 0-10

CHECK ONE: ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE: ☐ Request    ☐ Good Time    ☐ Grievance    ☐ Grievance Appeal    ☑ Other Lt Peck

Describe Problem or Request: Lt Peck - My legal paperwork has been taken from me when I arrived here. I have been told it will take a long time for me to receive my legal paperwork. Dryer never takes legal paperwork from inmates. I will be having my family attorney contacting you. Your sheriff is holding on to my legal paperwork to read it. I will file a civil suite in Federal Court, for violating my civil rights. Return my legal paperwork by this week.

For Grievances: What steps have you taken to resolve this problem? I want to know the name of the officer in property for my legal records.

---

## FOR DEPARTMENT USE ONLY

Received by: _____    Date: 6 / 18 / 18    Time: 2300

Routed to: ☐ Administration    ☐ Shift Sgt/OIC    ☐ Medical    ☐ Classification    ☐ Programs    ☐ ICE Agent
☑ Other (specify) LT Peck

Reply:    *Inmate Lakhumna:*

*Staff are not reading your legal paperwork. You simply need to submit a request to the property deputy (just address it to Deputy Yahne) and ask for your legal paperwork. You will need to be as specific as possible to describe it. If the paperwork is easily identifiable as legal, they can get it for you. If there are questions about what is and is not legal, then they can have you review the documents to see what is legal and what isn't.*

Disposition by: _____    Date: 06 / 22 / 2018    Time: 1540 hrs

Original: Inmate File    Yellow: Inmate with Response    Pink: Inmate    Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 18 / 18          Inmate Name: Vivek Lakhmana

Name #: 370486          Housing Unit: G10

CHECK ONE:  ☐ County Inmate     ☑ State Inmate     ☐ Federal Inmate     ☐ ICE Inmate

CHECK ONE:  ☐ Request     ☐ Good Time     ☐ Grievance     ☐ Grievance Appeal     ☑ Other _Property_

Describe Problem or Request: Legal paperwork should have not been taken from me in booking. Draper prison does not take legal paperwork from inmates at all. Your policy violates my civil rights. I will have my family contact IPP at Draper and my family attorney will call this facility, if I do not receive my legal property by the end of this week. My Legal papers are neatly organized already. (third request)(Final request)

For Grievances: What steps have you taken to resolve this problem? _____

_____

_____

---

### FOR DEPARTMENT USE ONLY

Received by: _126_          Date: _6 / 18 / 18_          Time: _2247_

Routed to:  ☐ Administration   ☐ Shift Sgt/OIC   ☐ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent
☑ Other (specify) _Property_

Reply: _____

_____

DONE

_____

_____

Disposition by: _____          Date: _6/24/18_          Time: _0200_

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 19 / 18          Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: G6

CHECK ONE:  ☐ County Inmate   ☑ State Inmate   ☐ Federal Inmate   ☐ ICE Inmate

CHECK ONE:  ☐ Request   ☐ Good Time   ☐ Grievance   ☐ Grievance Appeal   ☑ Other Mr. Toone Case Mngr

Describe Problem or Request: Property is not giving me my legal documents I was told, "it will take a long time." I need to call Utah State Bar, Draper Police and property at Draper, by this week. These are time sensatives. Please report this problem to IPP at Draper. My family will be calling IPP at Draper. Thank you.

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

---

## FOR DEPARTMENT USE ONLY

Received by: AP 0122          Date: 6 / 19 / 18          Time: 2248

Routed to:  ☐ Administration   ☐ Shift Sgt/OIC   ☐ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent

☑ Other (specify) IPP, Toone

Reply: The Property Officer has been informed of your request. Sgt. Mauhan is also trying to remedy the request.

_____

Disposition by: JC          Date: 6 / 25 / 18          Time: 1320

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL

D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6/19/18    Inmate Name: Vivek Lakhumna

Name #: 370486    Housing Unit: C1o

CHECK ONE:  ☐ County Inmate    ☐ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE:  ☐ Request    ☐ Good Time    ☐ Grievance    ☐ Grievance Appeal    ☑ Other (Religious) Sgt Maughan

Describe Problem or Request: When you sign me for the vegetarian diet, please make sure it follows Hindu Law (Ayurveda). A vegetarian diet that does not follow Hindu Law, will not work. Contact a Ayurveda specialist. I also need feast/fast boxes for my observances. I will move forward on a federal suit for items denied. Thank you.

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

---

## FOR DEPARTMENT USE ONLY

Received by: 114    Date: 6/19/18    Time: 2300

Routed to:  ☐ Administration    ☐ Shift Sgt/OIC    ☐ Medical    ☐ Classification    ☐ Programs    ☐ ICE Agent

☑ Other (specify) Sgt. Maughan

Reply: _____ I have been gone for a few days and got your request today. I have contacted the kitchen and started your Hindu

vegetarian meals. I cannot find anything about feast/fast boxes and will need more information since I cannot find any

kind of requirement for this in Hindu law.

_____

_____

Disposition by: _____    Date: 6/26/18    Time: 1247

Original: Inmate File        Yellow: Inmate with Response        Pink: Inmate        Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



## CACHE COUNTY JAIL

D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

### Inmate Request and Grievance Form

Date: 6 / 20 / 18          Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: C-1o

CHECK ONE: ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE: ☐ Request    ☐ Good Time    ☐ Grievance    ☐ Grievance Appeal    ☑ Other (Admin.)

Describe Problem or Request: I have been deined religious meals, feast/fast boxes, prayer beads and my legal property, for two weeks. I can not eat the food on the trays. I am loosing weight. My family and me will be contacting IPP at Draper to report all the issues I am having. You are not treating me like a state inmate. I am requesting a transfer or to be treated like a state inmate.

**For Grievances:** What steps have you taken to resolve this problem?_____

_____

_____

---

### FOR DEPARTMENT USE ONLY

Received by: D20          Date: 6 / 20 / 18          Time: 2230

Routed to: ☐ Administration  ☐ Shift Sgt/OIC  ☐ Medical  ☐ Classification  ☐ Programs  ☐ ICE Agent

☑ Other (specify) SGT MAUGHAN

Reply:    Your vegetarian meals have been approved, more information about feast/fast boxes have been requested since I

cannot find a requirement for this, your paper copy of prayer beads have been given to you, and your legal property is

currently being done. Transfer requests will have to be made through IPP.

_____

_____

Disposition by: _____    Date: 6 / 25 / 18    Time: 1354

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15



CONFIDENTIAL INFORMATION

# CACHE COUNTY JAIL

### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6/20/18    Inmate Name: Vivek Lakhumna

Name #: 370486    Housing Unit: G10

CHECK ONE: ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE: ☐ Request    ☐ Good Time    ☑ Grievance    ☐ Grievance Appeal    ☐ Other

Describe Problem or Request: I have been at this facility for two weeks and I have been told by property "it will take a long time" to receive my legal paperwork. I have to to file a claim, contact Draper Pd and contact property at Draper. Some of these are time sensitive. I need my legal documents. Draper never takes inmates legal documents.

**For Grievances:** What steps have you taken to resolve this problem? Contacted property dept two times. And contacted Lt. Peck.

---

## FOR DEPARTMENT USE ONLY

Received by: B Egbert    Date: 6/28/18    Time: 1104

Routed to: ☐ Administration    ☐ Shift Sgt/OIC    ☐ Medical    ☐ Classification    ☐ Programs    ☐ ICE Agent
☐ Other (specify) _____

Reply: Some was given to you by the property deputy and I went through the rest with you.

Disposition by: B Egbert    Date: 6/30/18    Time: 1236

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL

D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 24 18          Inmate Name: Vivek LaKhumna

Name #: 370486          Housing Unit: G6o

CHECK ONE:    ☐ County Inmate       ☑ State Inmate       ☐ Federal Inmate       ☐ ICE Inmate

CHECK ONE:    ☐ Request   ☐ Good Time   ☐ Grievance   ☐ Grievance Appeal   ☑ Other (M. Towe)

Describe Problem or Request: I want you to report property dept. here to
IPP for theft. They will not give me all my legal documents.
I will have my father call IPP. I also want 2 Grama
request and a 1983 packet from the contract attorney. I
will file a law suite promptly. I want all my documents.

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

---

### FOR DEPARTMENT USE ONLY

Received by: RP          Date: 06 / 24 / 18          Time: 2300

Routed to:    ☐ Administration   ☐ Shift Sgt/OIC   ☐ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent

☑ Other (specify) property IPP Towe

Reply: The Contract Attorney has been notified.
Two GRAMA Request Are Attached.

_____

_____

_____

Disposition by: T          Date: 6 /25/ 18          Time: 1327

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6/24/18    Inmate Name: Vivek Lakhumna

Name #: 370486    Housing Unit: C10

CHECK ONE: ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE: ☐ Request    ☐ Good Time    ☐ Grievance    ☐ Grievance Appeal    ☑ Other (Property)

Describe Problem or Request: I want the rest of my Legal property. I will not ask again. I am reporting you to IPP for theft and filing a law suit. I want to talk to Lte Peck. You will not violate my rights. Give me all my papers back immediately.

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

---

## FOR DEPARTMENT USE ONLY

Received by: _____    Date: 06/24/18    Time: 2300

Routed to: ☐ Administration  ☐ Shift Sgt/OIC  ☐ Medical  ☐ Classification  ☐ Programs  ☐ ICE Agent

☑ Other (specify) Property

Reply: _____

I WENT THROUGH YOUR PROPERTY ON 6-24-18. WHAT ARE YOU MISSING?

_____

_____

_____

Disposition by: _____    Date: 6/25/18    Time: _____

Original: Inmate File    Yellow: Inmate with Response    Pink: Inmate    Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 25 / 18         Inmate Name: Vivek Lokhumna

Name #: 370486         Housing Unit: C10

CHECK ONE: ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE: ☐ Request    ☐ Good Time    ☐ Grievance    ☐ Grievance Appeal    ☑ Other (Property)

Describe Problem or Request: I am a state inmate, with over 10 years being incarcerated at Draper. Please do not play games, you know I am allowed to have all my Documents in my property. I have legal work to do. I need to contact my attorney at the Rocky Mountain Innocent Center. I need to file a claim and take care of my property at Draper. Any money I loose, I will file in Federal court and charge this county. I will contact IPP and report this civil violation. Please return

**For Grievances:** What steps have you taken to resolve this problem? all my documents or sit down with me and I will show you what documents I need. Thank You.

---

## FOR DEPARTMENT USE ONLY

Received by: DPO         Date: 6 / 25 / 2018    Time: 2255

Routed to: ☐ Administration    ☐ Shift Sgt/OIC    ☐ Medical    ☐ Classification    ☐ Programs    ☐ ICE Agent

☑ Other (specify) property

Reply: All legal forms and document were given   6/25/18

---

Disposition by: 114         Date: 6 / 27 / 18    Time: 0100

Original: Inmate File        Yellow: Inmate with Response        Pink: Inmate        Request/Grievance 2/4/15

<span style="color:red">CONFIDENTIAL INFORMATION</span>



# CACHE COUNTY JAIL
D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 6 / 27 /18        Inmate Name: Vivek Lakhumna

Name #: 370486        Housing Unit: C16

CHECK ONE: ☐County Inmate    ☑State Inmate    ☐Federal Inmate    ☐ICE Inmate

CHECK ONE: ☐ Request    ☐ Good Time    ☐ Grievance    ☐Grievance Appeal    ☑Other _Sgt. Maughan C Robison_

Describe Problem or Request: I do receive vegetarian meals, but the meals do not adhere to the Hindu religion. Therefore they are not Hindu meals. Please correct this issue. Ayurveda is one of the Hindu scriptures on food preparation. I have the details if you need them. I fast every Friday, Ekadashi days and any personal days I need to. Contact Ganesh temple to verify Hindu fasts. I also want my religious books in my property. I am prepared to file

**For Grievances:** What steps have you taken to resolve this problem? ____

a 1983 in Federal court on the denial of the prayer books and other. I will need your response on these matters mentioned above. Thank you.

---

## FOR DEPARTMENT USE ONLY

Received by: MG        Date: 6 / 27 / 18        Time: 2245

Routed to: ☐Administration    ☐Shift Sgt/OIC    ☐Medical    ☐Classification    ☐Programs    ☐ICE Agent

☑Other (specify) Sgt Maughan

Reply: Different questions go to different people. Please limit your questions to one subject per request. Ayurveda is not a religious requirement of Hinduism. Self selections from the vegetarian tray will be your best options. I have included the dates for Ekadashi for the rest of the year. With this fast, self selections from the vegetarian tray will be your best option.

These dates are: 7/9/18, 7/23/18, 8/7/18, 8/21/18, 9/6/18, 9/20/18, 10/5/18, 10/20/18, 11/3/18, 11/19/18, 12/3/18, and 12/19/18. You will need to send a request for your prayer book to the property deputies.

Disposition by: ____        Date: 6 / 28 / 18        Time: 0916

Original: Inmate File        Yellow: Inmate with Response        Pink: Inmate        Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: **6 / 28 / 18**          Inmate Name: **Vivek Lakhmna**

Name #: **370486**          Housing Unit: **610**

CHECK ONE:  ☐ County Inmate   ☑ State Inmate   ☐ Federal Inmate   ☐ ICE Inmate

CHECK ONE:  ☐ Request   ☐ Good Time   ☐ Grievance   ☐ Grievance Appeal   ☑ Other *Property*

Describe Problem or Request: **I would like to have my religious books in my property. Thank you.**

**For Grievances:** What steps have you taken to resolve this problem? _____

---

### FOR DEPARTMENT USE ONLY

Received by: _____   Date: **6 28 18**   Time: **VM**

Routed to:  ☐ Administration   ☐ Shift Sgt/OIC   ☐ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent
☐ Other (specify) _____

Reply: _____

**RELIGIOUS BOOKS ARE AVAILABLE IN THE LIBRARY**

Disposition by: _____   Date: **6 28 18**   Time: **VM**

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 7 / 5 / 18          Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: G-10

CHECK ONE:  ☐ County Inmate   ☑ State Inmate   ☐ Federal Inmate   ☐ ICE Inmate

CHECK ONE:  ☐ Request   ☐ Good Time   ☐ Grievance   ☐ Grievance Appeal   ☑ Other _Culinary Dietitian_

Describe Problem or Request: I am raising beans too and it is good.
Beans alone are not a complete protein. Rice and beans make a complimentary
protein. Can you please add rice will the beans so that I can get
a complete protein dinner. I have lost muscle mass and weight.
Thank you.

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

---

## FOR DEPARTMENT USE ONLY

Received by: 114          Date: 7 / 5 / 18          Time: 2300

Routed to:  ☐ Administration   ☐ Shift Sgt/OIC   ☑ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent

☐ Other (specify) _____

Reply: We follow a menu set by a dietitian. This will be forwarded
to her. The response is "The terms complete and incomplete are misleading
in relation to plant protein.

*Released 7/19*

_____

Disposition by: Breah          Date: 7 / 12 / 18          Time: _____

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 7/5/18                     Inmate Name: Vivek Lakhuma

Name #: 370486                   Housing Unit: 6/6

CHECK ONE: ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE: ☐ Request   ☐ Good Time   ☐ Grievance   ☐ Grievance Appeal   ☑ Other Mr. Toone

Describe Problem or Request: I would like to know when I will receive religious access equal to what Draper provides? I and my family have contacted Mr. Chip, the Director of IPP and Captain Bradbury already. The next two issues I have are with work and class. Inmates who have come after me are getting hired. You said if I do a class, I can leave in 4 months back to Draper. One month passed. I want to take a class to go back to Draper in 4 months.

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

_____

---

## FOR DEPARTMENT USE ONLY

Received by: 114                 Date: 7/5/18        Time: 2300

Routed to: ☐ Administration   ☐ Shift Sgt/OIC   ☐ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent

☑ Other (specify) IPP Toone

Reply: While at any county jail, the policy and procedures apply for where you are housed. I did not tell you I would refer you back to the prison after 4 months. After 6 months at Cache with no write-ups and some programming, I will refer you to a jail at your request.

Disposition by: JT          Date: 7/6/18        Time: 0823

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL

### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 7 / 5 / 18          Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: 6/0

CHECK ONE:  ☐ County Inmate   ☑ State Inmate   ☐ Federal Inmate   ☐ ICE Inmate

CHECK ONE:  ☐ Request   ☐ Good Time   ☑ Grievance   ☐ Grievance Appeal   ☐ Other

Describe Problem or Request: I started to receive partial Vegetarian meals on 6/26/18. The meals do not adhere to the Hindu faith. The meals are not made in a separate Kitchen, no prayers are said, no mantras are said, etc... Sgt Maughan has denied me Feast/Fast boxes for my religious observances. Deputy Yahne has denied me my religious walls in property, as well as my religious correspondence course. Draper prison provides all the above mentioned religious items. Level III

For Grievances: What steps have you taken to resolve this problem? I have contacted Mr. Tasne, Sgt Maughan and Deputy Yahne. I want the same access to religion that Draper provides. Religious access has nothing to do with Safty + security. Draper provides religious access.

## FOR DEPARTMENT USE ONLY

Received by: AP Diaz          Date: 7 / 8 / 18          Time: 1745

Routed to:  ☐ Administration   ☐ Shift Sgt/OIC   ☐ Medical   ☐ Classification   ☐ Programs   ☐ ICE Agent
☐ Other (specify) _____

Reply: According to the Religious Land Use and Institutionalized Persons Act (RLUIPA) the burden to determine whether or not religious items & diets are permitted lies on the facility housing you. The CCJ at this time finds your request(s) a "substantial burden". We cannot prepare your meals in a separate kitchen due to the difficulty & cost of the request. Religious books, artifacts and other items can and have been used to introduce contraband and fashioned into tools and weapons. Thank you.

Disposition by: PRIEST          Date: 7 / 8 / 18          Time: 2101

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL

D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 7 / 5 / 18          Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: G-6

CHECK ONE: ☐ County Inmate  ☑ State Inmate  ☐ Federal Inmate  ☐ ICE Inmate

CHECK ONE: ☐ Request  ☐ Good Time  ☐ Grievance  ☐ Grievance Appeal  ☑ Other *Culinary Dietition*

Describe Problem or Request: I am receiving beans for most of my meals. Beans alone are not a complete protein. Rice and beans make a complimentary protein. Can you please add rice with the beans so that I can get a complete protein please? I have lost muscle mass and weight. Thank you.

**For Grievances:** What steps have you taken to resolve this problem? _____

~~needs a regular tray if it contains full protein~~ *Wick Pest 7/11/18 @ 1307*

---

## FOR DEPARTMENT USE ONLY

Received by: 114          Date: 7 / 5 / 18     Time: 2300

Routed to: ☐ Administration  ☐ Shift Sgt/OIC  ☑ Medical  ☐ Classification  ☐ Programs  ☐ ICE Agent
☐ Other (specify) _____

Reply: We follow a menu set by a dietitian. This will be forwarded to her. The response is "~~The terms complete and incomplete are misleading~~

The terms complete and incomplete are misleading in relation to plant protein. You don't need to combine these foods complementary proteins within a given meal. According to the Academy of Nutrition and Dietetics protein from a variety of plant foods, eaten during the course of a day, supplies enough of all essential amino acids when caloric requirements are met. The regular use of legumes, vegetables, grains and nuts will ensure an adequate protein intake for the vegetarian diet, as well as providing other essential nutrients.

---

Disposition by: Breah          Date: 7 / 12 / 18     Time: _____

Original: Inmate File          Yellow: Inmate with Response          Pink: Inmate          Request/Grievance 2/4/15

<span style="color:red">CONFIDENTIAL INFORMATION</span>



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 7/10/18                Inmate Name: Vivek Lakhumna

Name #: 370486              Housing Unit: G10

CHECK ONE: ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE: ☐ Request    ☐ Good Time    ☐ Grievance    ☐ Grievance Appeal    ☑ Other Lt. Peck

Describe Problem or Request: I am filing a Federal suite and I need my Jail house Lawyers Manual and Prison/Criminal Legal News in my property. I am representing myself in court. The above mentioned information we'll assist me in filing my complaint. I have already written the property Department. Thank you.

**For Grievances:** What steps have you taken to resolve this problem? _____

_____

_____

---

## FOR DEPARTMENT USE ONLY

Received by: 114                Date: 7/10/18        Time: 2300

Routed to: ☐ Administration    ☐ Shift Sgt/OIC    ☐ Medical    ☐ Classification    ☐ Programs    ☐ ICE Agent
☑ Other (specify) property

Reply: _____

_____

RELEASED

7-19-18

_____

Disposition by: _____        Date: 7/19/18        Time: 2pm

Original: Inmate File        Yellow: Inmate with Response        Pink: Inmate        Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



## CACHE COUNTY JAIL
D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

### Inmate Request and Grievance Form

Date: 7/10/18            Inmate Name: Vivek Lakhumna

Name #: 370486          Housing Unit: G6

CHECK ONE:  ☐ County Inmate    ☑ State Inmate    ☐ Federal Inmate    ☐ ICE Inmate

CHECK ONE:  ☐ Request    ☐ Good Time    ☐ Grievance    ☐ Grievance Appeal    ☑ Other (Property)

Describe Problem or Request: I am filing a Federal suite and I need my Jail
house Lawyers Manual and Prison/Criminal Legal News in my property.
I am representing myself in court. The above mentioned information will
assist me in filing my complaint. Thank you.

**For Grievances:** What steps have you taken to resolve this problem?

---

### FOR DEPARTMENT USE ONLY

Received by: C Nielsen          Date: 7/10/18    Time: 2250

Routed to:  ☐ Administration    ☐ Shift Sgt/OIC    ☐ Medical    ☐ Classification    ☐ Programs    ☐ ICE Agent

☑ Other (specify) Property

Reply:
Awaiting Approval
From LT. PECK

Disposition by: [signature]    Date: 7/14/18    Time: [illegible]

Original: Inmate File        Yellow: Inmate with Response        Pink: Inmate        Request/Grievance 2/4/15

CONFIDENTIAL INFORMATION



# CACHE COUNTY JAIL
### D. CHAD JENSEN, SHERIFF

Doyle Peck, Lieutenant
1225 W. Valley View, Logan, UT 84321
(435) 755-1000

## Inmate Request and Grievance Form

Date: 7 / 11 / 18    Inmate Name: Vivek Lakhumna

Name #: 370486    Housing Unit: G10

CHECK ONE:  ☐County Inmate  ☑State Inmate  ☐Federal Inmate  ☐ICE Inmate

CHECK ONE:  ☐ Request  ☐ Good Time  ☐ Grievance  ☐Grievance Appeal  ☑Other *Mr. Toone*

Describe Problem or Request: Actually, you said you would call Draper PD for me when I was ready with my documents. You must have a bad memory or lie a lot. I also need to contact Mr. Critchley at Utah State Bar (801) 297-7022. This is all the information I have. You have phone or address for me? I need this GRAMA signed by you as well. IPP Director and Capt. Bradbury have been contacted. What about the class you said I could sign up for? Did you forgot to sign me up or do I have to sign up?

**For Grievances:** What steps have you taken to resolve this problem? Did you forgot about this or lied to me and every other state inmate? You said I could leave if I take a class. Where is the class? You have also told other inmates (4) months. Report me to IPP if you have a problem with your lieing to me.

## FOR DEPARTMENT USE ONLY

Received by: _____    Date: 7/11/18    Time: 22

Routed to: ☐Administration  ☐Shift Sgt/OIC  ☐Medical  ☐Classification  ☐Programs  ☐ICE Agent
☐Other (specify) IPP Toone

Reply: As I told you before, 6 months at Cache if you are not a management problem i.e. write-ups, etc... You can write to Draper P.D.
I recieved the GRAMA Request. You need to release .25¢ per page to Department of Corrections

Disposition by: JT    Date: 7/13/18    Time: 1028