# EXHIBIT P

MATTHEW D. CHURCH #15574
**PLANT CHRISTENSEN & KANELL**
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
(801) 363-7611
mchurch@pckutah.com
*Attorney for Defendants Doyle Peck, Mark Maughan, and Philip Yahne*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| VIKEK LAKHUMNA,<br><br>Plaintiff,<br><br>v.<br><br>SGT. MESSENGER, et. al.,<br><br>Defendants. | **DEPUTY PHILIP YAHNE'S DECLARATION IN SUPPORT OF *MARTINEZ* REPORT**<br><br>Civil Action No. 4:18-Cv-81 DN<br><br>Magistrate Judge David Nuffer |

I, PHILIP YAHNE, having been duly sworn, under oath, state that the following statements are true and based upon my personal knowledge.

1. I am currently employed by the Cache County Jail ("the Jail"). My duties for the Jail are centered around care and general custody of the inmate population. I have worked in various capacities at Cache County jail including, most recently, as a Property Deputy.

2. I am familiar with Jail incident reports, grievances, and record keeping.

3. I am familiar with Plaintiff Vivek Lakhumna and have read his Fifth Amended Complaint alleging various constitutional violations during his incarceration at the Cache County Jail.

4. The Jail has a comprehensive grievance system where an inmate can raise a grievance about nearly any aspect of their incarceration. Each grievance is reviewed and responded

to by the appropriate department. There are specific grievance deputies trained in the grievance process and an inmate can request to speak to a grievance deputy at any time.

5. The grievance policy was and is available to all inmates and is provided in the Inmate Handbook, which is given to each inmate at booking and available on the kiosk in each block/dorm.

6. In response to Mr. Lakhumna's Fifth Amended Complaint and the allegations against me, I reviewed his jail records for the time he was incarcerated at the Jail. These records were safely kept and stored by the Jail in the ordinary course of business.

7. Mr. Lakhumna was incarcerated at the Cache County Jail from June 7, 2018 through July 19, 2018.

8. During the short time Mr. Lakhumna was incarcerated at the Cache County Jail he filed multiple grievances.

9. On June 28, 2018, Mr. Lakhumna filed a request to have his personal religious books returned to his immediate possession.

10. That same day, I formally responded to Mr. Lakhumna that religious books were available in the library.

11. It is the policy of the Cache County Jail that the property which inmates may have and store in their cells shall be limited and strictly regulated. Inmates are instructed to only keep items they can store in their property bag they are given at time of housing (if possible). At times, inmates come in with a significant amount of legal paperwork that would make it impossible to store everything in the property bag.

12. Pursuant to Cache County Jail policy, inmates transferring into the Jail may only bring personal property consisting of legal materials and/or medication/hygienic items with them to their cells.

13. Per Jail policy, all books received via mail by the Cache County Jail immediately become the property of the Jail are marked/incorporated into the Jail library.

14. My response[s] to Mr. Lakhumna's request[s] for his religious reading materials were dictated by and in accordance with the Cache County Jail policy.

15. Inmate Lakhumna could have worked with the Programs Deputy to make him aware that the religious books he was requesting was not currently in the library. He did no such thing.

16. Mr. Lakhumna did not appeal my response pursuant to the grievance policy and procedure set forth in the Cache County Jail grievance policy.

17. Mr. Lakhumna had both the option and the opportunity to request that Hindu-related religious books be sent through the proper channels to the Cache County Jail for inclusion in the Jail library.

### **DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the above sworn statements are true and based upon my personal knowledge and experience.

/s/ Philip Yahne*

_____

Cache County Jail

*An original copy of this signed declaration is available for inspection upon request.