## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| VIVEK LAKHUMNA,<br><br>                    Plaintiff,<br><br>v.<br><br>SGT. MESSENGER et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION &<br>ORDER DENYING MOTION FOR<br>PRELIMINARY INJUNCTION**<br><br>Case No. 4:18-CV-81 DN<br><br>District Judge David Nuffer |

**IT IS ORDERED** that Plaintiff's motion for preliminary injunction is **DENIED**. (ECF No. 130.) Plaintiff requests injunctive relief against entities or individuals who are not named and is based on a legal claim not alleged in the Amended Complaint. (ECF No. 38.)  Further, other remedies, such as extensions of time, are available if Plaintiff lacks access to his legal materials.

DATED this 30th day of June, 2022.

BY THE COURT:

_____

JUDGE DAVID NUFFER
United States District Court